**Dismiss and Opinion Filed May 25, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00275-CV**

**OSVALDINA SANCHEZ, Appellant**
**V.**
**ISAAC ACQUISITION, LLC, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00392-2023**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

The clerk's record in this case is overdue. On May 3, 2023, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification appellant had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b); 42.3(b), (c).


230275f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

OSVALDINA SANCHEZ, Appellant

No. 05-23-00275-CV      V.

ISAAC ACQUISITION, LLC,
Appellee

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-00392-
2023.
Opinion delivered by Justice Carlyle.
Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 25th day of May, 2023.